IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Smith, as POA for
Menno Schwartz, Jr.,

Case No. 3:17 CV 2578

               Plaintiff,

**JURY QUESTIONS**

    -vs-

JUDGE JACK ZOUHARY

Woolace Electric Corp., et al.,

               Defendants.

Complete the following. Begin with Question 1, and follow the instructions below each Question.

## QUESTION 1

Do you find, by the greater weight of the evidence, that Steven Garza was negligent? (pp. 7–9)

         YES                        NO

               (circle one)

- If "yes," proceed to Question 2.

- If "no," stop and proceed to Verdict form for Defendants.

## **QUESTION 2**

Do you find, by the greater weight of the evidence, that Garza's negligence was a proximate cause of any injury to Menno Schwartz, Jr.? (pp. 7–9)

YES              NO

(circle one)

- If "yes," proceed to Question 3.
- If "no," stop and proceed to Verdict form for Defendants.

## **QUESTION 3**

Do you find, by the greater weight of the evidence, that either Menno Schwartz, Jr. or Corey McManues, or both, were negligent?  (pp. 7–10)

Menno Schwartz, Jr.

YES                                    NO

(circle one)

Corey McManues

YES                                    NO

(circle one)

- If "yes" to one or both, proceed to Question 4.

- If "no" to both, skip Questions 4–5 and proceed to Question 6.

## **QUESTION 4**

Do you find the negligence of Menno Schwartz, Jr., or the negligence of Corey McManues, or both, was a proximate cause of Menno Schwartz, Jr.'s injuries?  (Answer for only the person(s) you found negligent in Question 3.)

If you find that neither person's negligence was a proximate cause of Menno Schwartz, Jr.'s injuries, circle "no" for both.  (pp. 7–10)

Menno Schwartz, Jr.

YES                              NO

(circle one)

Corey McManues

YES                              NO

(circle one)

- If "yes" to one or both, proceed to Question 5.
- If "no" to both, skip Question 5 and proceed to Question 6.

4

## **QUESTION 5**

State the percentage of the person's negligence that was a proximate cause of Menno
Schwartz, Jr.'s injuries.  (Answer for only those persons for whom you circled "yes" in both
Questions 1–2 or both Questions 3–4.)

Steven Garza              _____%

Menno Schwartz, Jr.    _____%

Corey McManues        _____%

Total                          <u>100</u>%

- If you have attributed 50% or less to Menno Schwartz, Jr., proceed to Question 6.
- If you have attributed more than 50% to Menno Schwartz, Jr., proceed to the Verdict
  form for Defendants.

## QUESTION 6

State the total amount of compensatory damages for injury to Menno Schwartz Jr.

(Disregard any negligence attributed by you in Question 5.)  (pp. 11–13)

| | |
|---|---|
| Economic Loss: | $_____ |
| Noneconomic Loss: | $_____ |
| Total Compensatory damages: | $_____ |

- Proceed next to Question 7.

### QUESTION 7

Do you find that Menno Schwartz, Jr. sustained permanent and substantial physical deformity? (p. 12–13)

YES                           NO

(circle one)

- Proceed to verdict form for Plaintiff and sign.

\* \* \*

**We the jury, duly impaneled and sworn, confirm our agreement with the responses above.**